■ CAYUGA COUNTY FARMERS' INSURANCE COMPANY, Appellant, v DENNIS FLOWER et al., Respondents. — Judgment unanimously affirmed, with costs (see *Ruder & Finn v Seaboard Sur. Co.,* 52 NY2d 663). (Appeal from judgment of Supreme Court, Cayuga County, Roy, J. — declaratory judgment.) Present — Hancock, Jr., J. P., Callahan, Doerr, O'Donnell and Moule, JJ.